1

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   ANTHONY ARCEO,                          1:07-CV-01548 OWW GSA HC

13              Petitioner,

14       vs.                                 ORDER OF TRANSFER

15   ROBERT AYERS, Warden,

16              Respondent.

17   _____/

18        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus

19   pursuant to 28 U.S.C. § 2254.

20        The federal venue statute requires that a civil action, other than one based on diversity

21   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

22   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

23   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

24   situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which

25   the action may otherwise be brought." 28 U.S.C. § 1391(b).

26        In this case, Petitioner is challenging the loss of times credits. Specifically, he complains "the

27   California Department of Corrections and his [sic] wardens continue to take 91-120 days for a 30 day

28   violation."  Where "the petition is directed to the manner in which a sentence is being executed, e.g., if

1   it involves parole or time credits claims, the district of confinement is the preferable forum." <u>Meador</u>

2   <u>v. Cal. Dept. of Corr.</u>, 2003 WL 21910917 *1 (N.D.Cal.), *citing* <u>Dunne v. Henman</u>, 875 F.2d 244, 249

3   (9th Cir.1989); <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484, 497 (1973); <u>In re Phelon</u>, 2002 WL

4   31618536, *1 (N.D. Cal.); <u>Thomas v. Hepburn</u>, 2001 WL 505916, *1 (N.D.Cal.); <u>McKnight v. Forman</u>,

5   1997 WL 50267, *1 (N.D. Cal.). Petitioner is incarcerated at the R.J. Donovan Correctional Facility in

6   San Diego, California, which is within the jurisdictional boundaries of the Southern District of

7   California. <u>See</u> 28 U.S.C. § 84(b). Therefore, in the interest of justice the petition will be transferred to

8   the United States District Court for the Southern District of California. 28 U.S.C. §§ 1404(a) and

9   2241(d).

10          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

11   District Court for the Southern District of California.

12          IT IS SO ORDERED.

13   **Dated:   November 1, 2007**          _____**/s/ Gary S. Austin**_____
                                            UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28